**IT IS SO ORDERED.**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

**Dated: 09 December, 2009 03:13 PM**

# United States Bankruptcy Court
# Northern District of Ohio

In Re Dujuana R. George,                                      Case No. 09-19248
                    Debtor                                            Chapter 7

## ORDER APPROVING REAFFIRMATION AGREEMENT

The debtor(s) Dujuana R. George has filed for approval of the

reaffirmation agreement dated November 9, 2009 made between the debtor(s) and

Third Federal Savings and Loan Association of Cleveland.

COURT ORDER:      The court grants the debtor's reaffirmation agreement described above.

BY THE COURT

###