**IT IS SO ORDERED.**

**Dated: 09 December, 2009 03:13 PM**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Northern District of Ohio

In Re Dujuana R. George,　　　　　　　Case No. 09-19248
　　　　Debtor　　　　　　　　　　　　Chapter  7

**ORDER APPROVING REAFFIRMATION AGREEMENT**

The debtor(s) Dujuana R. George has filed for approval of the reaffirmation agreement dated November 9, 2009 made between the debtor(s) and Third Federal Savings and Loan Association of Cleveland.

COURT ORDER:　　The court grants the debtor's reaffirmation agreement described above.

BY THE COURT

\#\#\#

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: dhutc              Page 1 of 1             Date Rcvd: Dec 09, 2009
Case: 09-19248                Form ID: pdf895          Total Noticed: 3
```

The following entities were noticed by first class mail on Dec 11, 2009.
```
db          +Dujuana R. George,   771 E. 250th St.,   Euclid, OH 44132-2401
ust         +Cynthia J. Thayer,   US Department of Justice,   201 Superior Avenue,   Suite 441,
              Cleveland, OH 44114-1234
cr         ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:   AMERICREDIT FINANCIAL SERVICES, INC.,   PO BOX 183853,
              ARLINGTON, TX  76096)
```

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Third Federal Savings And Loan Association Of Clev
                                                                                   TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2009**                                    **Signature:**   *Joseph Speetjens*